FILED

OCT 11 2024

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ EICW_____, DEPUTY

## SECOND AMENDED COMPLAINT

### FACTS

1. The plaintiff, Tyeashia M Blackburn (the "Plaintiff") is a resident of of Cleveland County, Oklahoma, and at all times relevant hereto, resided in the City of Moore, Oklahoma.

2. The Defendant, United States (the "Defendant") is the correct parties in the case, according to the law and the Federal Tort Claims (FTCA).

1. The plaintiff Tyeashia M Blackburn, is a 100% disabled veteran of US Army and received all care from the Oklahoma City VA Medical Center which is an agency of the United States making it the proper defendant.

2. On or around November 15, 2020, I was seen in the Oklahoma City VA Medical Center ER for a normal allergic reaction; treated with the regular angioedema cocktail; 125mg steroids, 50mg Benadryl, 20mg Pepcid and depending on the doctor 3mg epinephrine. A condition I have been treated for over 100 times in the last 10 years at the OKC VA by the name doctors and nurses.

3. Nurse David Jones, a nurse who has taken care of me many times for an allergic reaction, began to prepare the drugs, and access my infusaport to give medications via IV. Forgot which medications were in what syringe put all drugs in the port. Once the epinephrine was administered, I begin to experience a heart attack. And did inform David that something was wrong.

4. I was having chest pains, I was nauseas, short of breath, lightheadedness, dizziness, palpitation, tightness in my chest, and I felt like someone sitting on my chest. There was pain in my left side of my chest, for a several minutes. Another nurse, Nurse Bo came into the room to speak and notice I wasn't my usually self. When asked what was wrong, I recall David saying she wasn't happy with one of the drugs.

5. Dr. Janloo came into the room I was informed of what had happen, by me. David claimed that he wasn't sure, but late came back stating that the epinephrine was in fact given IV not IM as ordered as he had mixed of the syringes. An EKG was performed, and I was told that I was fine. They could watch me for a little, but given epinephrine IV was normal.

6. The standard of care for a cardiac workup isn't just an EKG, it's also blood work, a cardiac panel which was not done. I was discharged, I did not leave AMA. I was afraid and felt as if my life was indeed in danger.

7. Once discharged I had to be wheeled out when I'm usually walk out. I had to be helped into the car when I usually get in the car alone. Once I got home, I had to be helped from the car and into the house, when I usually walk in, with no assistance.

8. I sent my Primary Care Provider (PCP) a message as I still wasn't feeling very well. Throughout the night as my daughters watched me I blackout a few times, I was having discomfort in my chest. My PCP, Dr. Febreze, the one at the current time, told me I needed to get back to the ER as they should never had sent me home. Epinephrine should never had been given IV via my port, especially when it was ordered IM.

9. Dr. Febreze called the ER to talk to the head nurse and doctor. Dr. Caldwell and Dr. T were both at the ER when I arrived. No one was informed of what had happen. Dr. Janloo was also there as well. Dr. Caldwell and Dr T both came in to see me. We talked about how the epinephrine should not have been given IV, in the port.

10. Cardio was also consulted, and a cardiac panel was performed. I was admitted and diagnosis with a heart attack, myocardial infarction. Further, findings were I now have a 60% blockage which will end in having open heart surgery in the future.

11. The Cardio department at the OKC VA has informed me that epinephrine in the port was the cause of the MI as it is not the standard of care to administer epinephrine via IV and it was ordered for IM not IV.

12. In December 2020 the plaintiff filed a Tort Claim with the Department of Veterans of Affairs, no acknowledgment of the claim was sent. About six months a reconsideration was filed and still no response by the DVA. I do understand that COVID was going on and the paperwork may have gotten caught up in the madness, the reason for the reconsideration.

COUNT I: NEGLIGENCE – MEDICAL MALPRACTICE

13. The plaintiff re-alleges and incorporates by reference herein all of the allegations contained paragraphs above.

14. That on or about November 15, 2020, the United States breached the applicable standard of medical care owed the Plaintiff, which directly caused a physical injury to the Plaintiff and was the direct and proximate cause of all of the Plaintiff's injuries and damages.

**WHEREFORE**, the Plaintiff claims monetary damages against United States, in an amount to be determined at trial, plus costs, and for any further relief that this Honorable Court deems necessary and appropriate.

Respectfully,

Tyeashia M Blackburn
Pro Se, Plaintiff
746 SW 14th St
Moore, OK 73160
(405)694-7344
tyeashia@icloud.com