# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TYEASHIA M. BLACKBURN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     **Case No. CIV-22-983-G** |
| | ) |
| **UNITED STATES,** | ) |
| | ) |
| **Defendant.** | ) |

## <u>ORDER</u>

Now before the Court is Plaintiff Tyeashia M. Blackburn's Motion to Reconsider (Doc. No. 121). Defendant United States has filed a Response (Doc. No. 125).

On August 25, 2025, the Court granted—over Plaintiff's anticipated opposition—Defendant's request for an extension of time to respond to Plaintiff's Motion for Summary Judgment (Doc. No. 37). *See* Order of Aug. 25, 2025 (Doc. No. 120). Plaintiff now asks the Court to reconsider that ruling, arguing that Defendant failed to show good cause for an extension and that the extension reflects an instance of a pro se litigant being unfairly disadvantaged. *See* Pl.'s Mot. to Reconsider at 1-6; *see also* Fed. R. Civ. P. 54(b).

Having reviewed the Motion and the relevant record, the Court does not find that Plaintiff was unduly prejudiced by the extension. Nor does Plaintiff evince any "clear error" by the Court in its ruling or show that reconsideration of the Order "is necessary under the relevant circumstances" or to prevent "manifest injustice." *Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000); *Mahoney v. U.S. Capitol Police Bd.*, 566 F. Supp. 3d 22, 25 (D.D.C. 2022) (internal quotation marks omitted).

IT IS THEREFORE ORDERED that Plaintiff's Motion to Reconsider (Doc. No. 121) is DENIED.

IT IS SO ORDERED this 7th day of April, 2026.

CHARLES B. GOODWIN
United States District Judge