## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

TYEASHIA M. BLACKBURN, )
 )
 Plaintiff, )
 )
v. ) Case No. CIV-22-983-G
 )
UNITED STATES, )
 )
 Defendant. )

## ORDER

Now before the Court is Defendant United States' Motion to Strike (Doc. No. 137). Plaintiff Tyeashia M. Blackburn has not responded to the Motion within the time allowed by the Court's local rules.

On April 23, 2025, Plaintiff filed a Motion for Summary Judgment (Doc. No. 37). On December 1, 2025, without seeking leave of the Court, Plaintiff filed an Amended Motion for Summary Judgment (Doc. No. 131).

Defendant moves to strike the Amended Motion, arguing that its filing is violative of Local Civil Rule 56.1. *See* Def.'s Mot. to Strike at 1-3. Defendant's point is well taken. Local Civil Rule 56.1(a) prescribes: "Absent leave of court, each party may file only one motion under Fed. R. Civ. P. 56." LCvR 56.1. And "a court may choose to strike a filing that is not allowed by local rule." *Bunn v. Perdue*, 966 F.3d 1094, 1099 (10th Cir. 2020) (alteration and internal quotation marks omitted). "When courts strike a filing as improperly filed, it becomes a nullity." *Id.* (internal quotation marks omitted).

2

Accordingly, Defendant's Motion to Strike (Doc. No. 137) is GRANTED. Plaintiff's Amended Motion for Summary Judgment (Doc. No. 131) is hereby STRICKEN from the case record.

IT IS SO ORDERED this 7th day of April, 2026.

_____
CHARLES B. GOODWIN
United States District Judge

2