**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

FILED

AUG 1 1 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ______, DEPUTY

**TYEASHIA M. BLACKBURN,**

*Plaintiff,*

v.

**Case No.** CIV-22-983-G

**UNITED STATES OF AMERICA,**

*Defendant.*

**PLAINTIFF'S REQUEST FOR REASONABLE ACCOMMODATION REGARDING WRITTEN COMMUNICATION**

---

I, Tyeashia M. Blackburn, Plaintiff appearing pro se, respectfully ask the Court for a reasonable accommodation concerning substantive communications and required conferrals in this case.

I have medical limitations that affect my ability to stay on task, retain information, and process information when it is communicated to me orally. Because I am representing myself, I am responsible for personally reading, understanding, and responding to the legal and factual issues presented to me.

Written communication allows me to read information at my own pace, reread it when necessary, refer back to what was previously stated, review the Court's orders and other documents, and make sure I understand what is being asked before I respond.

I have explained my need for written communication to Defendant's counsel on several occasions. I have not refused to communicate or confer with counsel. I have continued communicating with counsel through email and responding to the matters presented to me.

Despite my repeated explanations, Defendant's counsel has continued to question whether my request for written communication constitutes a refusal to confer. Most recently, counsel asked whether it is my position that I will not meet in person or by telephone and stated that, if so, she intends to note that in her motion. A copy of the relevant email communication is attached as **Exhibit1** I am asking the Court for assistance because I do not want my request for written communication to be characterized as a refusal to participate or confer when I am actively communicating and responding in writing.

I have tried to explain this limitation to counsel several times. Having to repeatedly explain and defend the same request, while also being told that my request may be characterized to the Court as a refusal to confer, is causing unnecessary stress that is affecting my health and making it more difficult for me to effectively prepare for and participate in this case.

I am not asking the Court to excuse me from conferring with Defendant's counsel, complying with deadlines, responding to motions, preparing for trial, or otherwise fulfilling my responsibilities as Plaintiff. I am simply asking that I be allowed to conduct substantive communications and required conferrals in writing so that I can meaningfully participate in this case.

I understand that the Western District of Oklahoma recognizes reasonable accommodations for persons with communication disabilities and considers other disability-accommodation requests on a case-by-case basis in consultation with the presiding judge. See *Guide to Judiciary Policy*, Vol. 5, § 255.10; U.S. District Court for the Western District of Oklahoma, **Requests for Accommodation.**

## ACCOMMODATION REQUESTED

I respectfully ask the Court to allow:

1. Required conferrals between Plaintiff and Defendant's counsel to be conducted in writing, including by email;

2. Plaintiff's participation and responses through written conferrals to satisfy applicable conferral requirements and not be characterized as a refusal to confer merely because Plaintiff requests written rather than telephone or in-person communication; and

3. Substantive communications concerning motions, evidence, trial preparation, and other important matters to be communicated in writing when reasonably possible so that Plaintiff has an opportunity to read, reread, process, and accurately respond.

I am not requesting relief from the Court's deadlines, orders, or my responsibilities as Plaintiff. I am requesting a reasonable method of communication that will allow me to continue meaningfully participating in this litigation.

**WHEREFORE**

I respectfully ask the Court to grant my request for reasonable accommodation and permit me to participate in required conferrals and substantive communications in writing, including by email.

Respectfully submitted,

**Tyeashia M. Blackburn**
Plaintiff, Pro Se
1001 NW 30th Ct
Moore, Oklahoma 73160

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2026, I served a true and correct copy of the foregoing **Plaintiff's Request for Reasonable Accommodation Regarding Written Communication** upon counsel for Defendant by electronic mail.

Tyeashia M. Blackburn
Plaintiff, Pro Se