**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TYEASHIA M. BLACKBURN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. CIV-22-983-G |
| UNITED STATES | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>DEFENDANT'S MOTION TO FILE EXHIBITS UNDER SEAL</u>**

Defendant filed a Response to Plaintiff's Notice (Doc. 182) on August 12, 2026 and referenced two exhibits. As those exhibits are medical records, Defendant seeks leave to file both exhibits under seal to protect this sensitive information from public viewing.[1]

"'Courts have long recognized a common-law right of access to judicial records,' but this right 'is not absolute.'"[2] To overcome the presumption in favor of access, a party seeking to file a document under seal must show that "'countervailing interests heavily outweigh the public interests in access.'"[3] Here, while Plaintiff has put her medical history at issue, out of an abundance of caution, Defendant seeks leave to file the exhibits under seal. A proposed order will be submitted.

---

[1] *See* LCvR5.2.2 and *ECF Policies & Procedures Manual,* § II.H.

[2] *Colony Ins. Co. v. Burke*, 698 F.3d 1222, 1241 (10th Cir. 2012) (quoting *Mann v. Boatright,* 477 F.3d 1140, 1149 (10th Cir. 2007)).

[3] *Id.*

Respectfully Submitted,

ROBERT J. TROESTER
United States Attorney

*s/ Emily B. Fagan*
EMILY B. FAGAN
OK Bar No. 22427
Assistant U.S. Attorney
United States Attorney's Office
Western District of Oklahoma
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8700
Email: Emily.Fagan@usdoj.gov