**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **TYEASHIA M. BLACKBURN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-22-983-G** |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# ORDER

As announced by the Court on August 27, 2026:

Defendant's Motion to Continue (Doc. No. 181) is GRANTED. The parties shall submit a revised, jointly prepared proposed final pretrial report on or before September 28, 2026. This case shall be set by separate order for nonjury trial on the Court's October civil trial docket. A pretrial conference will be conducted on October 6, 2026, at 1:30 p.m. in Courtroom 305, William J. Holloway, Jr. United States Courthouse.

Having reviewed Plaintiff's submission of medical records in chambers, the Court finds that Plaintiff has shown good cause and excuses Plaintiff's absence from the hearing conducted July 30, 2026. Plaintiff is ADVISED that future unexcused absences from Court proceedings may result in the issuance of sanctions, up to and including the dismissal of Plaintiff's claims in this action.

Plaintiff's unopposed Motion for Reasonable Accommodations (Doc. No. 179) is GRANTED. Unless otherwise ordered, the parties may engage in the conferences required by the Federal Rules of Civil Procedure and the Local Civil Rules through written means.

Defendant's Motion to Seal (Doc. No. 183) is GRANTED. Defendant may file the cited exhibits under seal within seven (7) days of the date of this Order.

IT IS SO ORDERED this 27th day of August, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge