**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

**William J. Holloway, Jr. United States Courthouse**
**200 N.W. Fourth Street, Oklahoma City, Oklahoma**
**Courtroom 305**

---

# CIVIL BENCH TRIAL DOCKET BEFORE U.S. DISTRICT JUDGE CHARLES B. GOODWIN for OCTOBER 2026

---

NOTICE TO COUNSEL:

*Docket Call*. You are directed to appear before the Court on **October 6, 2026, at 10:00 a.m.** for docket call. Parties should be prepared to discuss scheduling and any pending motions. Unless excused in advance, lead trial counsel should attend.

*Pretrial Filings*. All trial briefs, motions in limine, designations of deposition testimony to be used at trial (and objections), proposed findings of fact and conclusions of law, and final pretrial reports shall be filed in accordance with the schedule previously ordered by the Court. In addition, the parties shall submit their proposed findings of fact and conclusions of law in Word format via email to goodwin-orders@okwd.uscourts.gov.

*Trial Setting*. Each case listed below is hereby set for trial in **October 2026**. Specific trial settings will be discussed at Docket Call; however, a special trial setting cannot be guaranteed and all parties in all cases should be prepared to begin trial on **Tuesday, October 13, 2026, at 9:30 a.m.**

*Participation in Alternative Dispute Resolution*. Parties will be expected to have engaged in private mediation or a judicial settlement conference, or to have been expressly excused by the Court from that requirement, **prior to Docket Call**.

*Trial Exhibits.* The Court will rely on the JERS system for presentation of exhibits at trial, and the parties will be expected to know how to use that system. Immediately prior to trial, each party shall submit to the Court and to opposing counsel copies of its exhibits in an electronic format that is compatible with the JERS system, including labels for the exhibits that are needed by that system.

*Trial Documents*. Immediately prior to the beginning of trial, each party shall submit to the Courtroom Deputy in paper format (a) a list of witnesses, (b) a list of exhibits, and (c) one exhibit notebook. The exhibit notebook shall consist of a three-ring binder with a cover sheet reflecting the case number and sponsoring party. Each anticipated exhibit shall be marked numerically as set forth in the exhibit list and separated by tabs. The exhibit notebook (which should include any original documents and be labeled with original document stickers) will be maintained by the Courtroom Deputy throughout the trial and placed before testifying witnesses.

| Case No. | Parties | Counsel |
|---|---|---|
| CIV-22-983-G | Tyeshia M. Blackburn | Pro Se |
| | v. | |
| | United States | Emily B. Fagan |