**IN THE UNITED STATES DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TYEASHIA M. BLACKBURN,<br>Plaintiff, | ) | |
| v. | ) | Case No. CIV-22-983-G |
| UNITED STATES OF AMERICA,<br>Defendant. | ) | |

**ENTRY OF APPEARANCE**

Pursuant to Local Civil Rule 83.4, Assistant United States Attorney Sarah A. McMurray enters her appearance on behalf of Defendant United States of America.

The undersigned hereby certifies that she is admitted to practice in this Court pursuant to Local Civil Rule 83.2(f) and that she is registered in the Court's Electronic Case Filing System.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

*s/ Sarah A. McMurray*
SARAH A. MCMURRAY, #31566
Assistant U.S. Attorney
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8700
Sarah.McMurray@usdoj.gov
Counsel for United States

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2026, I filed the attached document with the Clerk of Court via Electronic Case Filing System ("ECF") and served the attached document by U.S. Mail to the following who are not registered participants of the ECF System:

Tyeashia M. Blackburn
1001 NW 30th Ct.
Moore, OK 73160

*s/ Sarah A. McMurray*
Assistant U.S. Attorney