**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| TYEASHIA M. BLACKBURN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-22-983-G |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL PRETRIAL REPORT**

All counsel who will appear at trial:

Appearing for Plaintiff: Tyeashia M. Blackburn, *pro se*

Appearing for Defendant: Assistant United States Attorneys Emily B. Fagan and Sarah McMurray

**Jury Trial Demanded □ - Non-Jury Trial X**

1. BRIEF PRELIMINARY STATEMENT. State briefly and in ordinary language the facts and positions of the parties (appropriate for use during jury selection in jury cases).

Plaintiff's Statement: Plaintiff brings this action under the Federal Tort Claims Act ("FTCA") arising from medical treatment received at the Oklahoma City Veterans Affairs Medical Center on November 15, 2020. Plaintiff alleges that epinephrine ordered for intramuscular administration was negligently administered intravenously through her implanted port, causing an immediate cardiac injury diagnosed as a Type II myocardial infarction, hospitalization, and continuing cardiac injury and medical treatment. Plaintiff contends that Defendant's negligence directly and proximately caused her injuries and resulting damages. Defendant denies negligence, causation, and damages.

Defendant's Statement: The United States denies liability and contends that, at all times, the actions of the United States and its employees were consistent with the standard of care. Plaintiff's claimed injuries were not directly caused by a negligent

act or omission of any employee of the United States.

2. JURISDICTION. State the basis on which the jurisdiction of the court is invoked.

The basis on which the jurisdiction of the Court is invoked is the Federal Torts Claim Act, 28 U.S.C. § 2671, *et seq*.

3. STIPULATED FACTS. List stipulations as to all facts that are not disputed, including jurisdictional facts.

None.

4. LEGAL ISSUES. State separately, and by party, each disputed legal issue and the authority relied upon.

Plaintiff:

**A.** Whether Defendant, through its employees acting within the scope of their employment, breached the applicable standard of care by administering epinephrine intravenously rather than intramuscularly as ordered on November 15, 2020.

**B.** Whether Defendant's negligence directly and proximately caused Plaintiff to suffer a Type II myocardial infarction and the injuries alleged in the Complaint.

**C.** The nature and extent of Plaintiff's past and future damages, including physical injury, pain and suffering, mental anguish, permanent injury, medical expenses recoverable under applicable law, loss of enjoyment of life, and any other damages recoverable under the Federal Tort Claims Act and Oklahoma law.

**D.** The credibility and weight to be given to the testimony of the witnesses and the medical evidence presented at trial.

**E.** The amount of damages, if any, to which Plaintiff is entitled.

Defendant:

A. Legal issues currently pending before the Court identified in Defendant's Motion in Limine and Proposed Findings of Fact and Conclusions of Law.

B. Legal issues identified in Defendant's Motion for Summary Judgment (Doc. 165).

C. Whether there was a breach of the standard of care as defined by Oklahoma law. Okla. Stat. tit. 76, § 20.1.

D. If there was a breach of the standard of care, was that breach the direct cause of the injury claimed by Plaintiff? OUJI-Civ 3d 9.1.

5. CONTENTIONS AND CLAIMS FOR DAMAGES OR OTHER RELIEF SOUGHT.

A. Plaintiff

Plaintiff contends that on November 15, 2020, while receiving treatment at the Oklahoma City Veterans Affairs Medical Center for angioedema, epinephrine ordered for intramuscular (IM) administration was negligently administered intravenously (IV) through Plaintiff's implanted port. Plaintiff contends that this administration constituted a breach of the applicable standard of care and directly and proximately caused an acute Type II myocardial infarction, hospitalization, and continuing cardiac injury and medical treatment.

Plaintiff further contends that, as a direct result of Defendant's negligence, she has endured physical pain, mental and emotional distress, repeated hospitalizations, invasive cardiac procedures, continuing medical treatment, and diminished quality and enjoyment of life.

Plaintiff seeks judgment in her favor under the Federal Tort Claims Act and an award of all compensatory damages recoverable under the FTCA and Oklahoma law, including past and future pain and suffering, mental anguish, permanent or continuing injury, medical expenses and the reasonable value of medical care to the extent recoverable under applicable law, loss of enjoyment of life, and any other damages supported by the evidence presented at trial.

B. Defendant

1. The United States "is immune from suit save as it consents to be sued…and the terms of its consent to be sued in any court define that court's jurisdiction to entertain suit." *United States v. Sherwood*, 312 U.S. 584, 586 (1941).

2. The presumption is that a matter lies outside the court's limited jurisdiction unless the party asserting jurisdiction proves otherwise. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 376 (1994). Any ambiguities are resolved against waiver and in favor of immunity. *United States v. Williams*, 514 U.S. 527, 531 (1995).

3. Plaintiff's recovery, if any, is limited to damages recoverable under the Federal Tort Claims Act, 28 U.S.C. § 2674, and further limited by Oklahoma law.

4. A physician's negligence in a medical malpractice case must be established by expert medical testimony. *Benson v. Tkach*, 30 P.3d 402, 404 (Okla. Civ. App. 2001).

5. The actions of Defendant United States, its employees, and representatives of the United States were consistent with the standard of care.

6. Plaintiff's injuries were not proximately caused by a negligent act or omission of any deemed employee of the United States acting within the scope and course of employment.

7. Plaintiff's alleged injuries or other damages, if any, were the result of an unavoidable medical condition.

8. Plaintiff's injuries and damages, in whole or in part, were caused by Plaintiff's negligence. In the event the United States is found liable to plaintiff, which liability is specifically denied, damages must either be reduced in proportion to Plaintiff's degree of fault or barred in their entirety.

9. If the United States is found negligent, which is specifically denied, there were others over whom defendant United States had no supervision or control who were also negligent, and in accordance with the doctrine of several liability, the United States may only be held liable for its proportionate share of the fault, if any.

10. If the United States is found negligent, which is specifically denied, such negligence is not the cause in fact or proximate cause of alleged damages suffered by Plaintiff.

10. Plaintiff cannot meet the essential elements necessary to establish liability. Thereby, depriving the court of jurisdiction. *Brownback v. King*, 141 S. Ct. 740, 749, 209 L. Ed. 2d 33 (2021).

11. Defendant is not liable for interest prior to judgment or punitive damages.

12. The United States is entitled to an offset for any benefits paid to or on behalf of Plaintiff by any agency of the United States and for any amounts Plaintiff currently owes the government.

13. Plaintiff's evidence of damages is limited by 12 O.S. § 3009.1.

14. Plaintiff's recovery, if any, must be reduced to the extent Plaintiff failed to mitigate her damages and by the amount of payments received from collateral

sources.

6. EXHIBITS. The following exclusionary language **MUST** be included:

Unlisted exhibits will not be admitted unless, by order of the court, the final pretrial order is amended to include them.

A. Plaintiff:

| Number | Title/Description | Objection | Federal Rule of Evidence Relied Upon |
|---|---|---|---|

(Premarked for trial and exchanged as required under LCvR39.4(a))

| | | | |
|---|---|---|---|
| **TMB 001** | Nov. 15, 2020 — Epinephrine Medication Administration Record | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 002** | Nov. 15, 2020 — Epinephrine IM Treatment Order | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 003** | Nov. 16, 2020 — IV Epinephrine Administration Disclosure | Not produced, insufficient identification, incomplete document, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | |
| **TMB 004** | Nov. 16, 2020 — Post-Incident Secure Message / Symptoms | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 005** | Nov. 16, 2020 — Return to ER With Cardiac Symptoms | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 006** | Nov. 16, 2020 — Initial Troponin I 0.21 | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | bolstering, cumulative, best evidence | |
| **TMB 007** | Nov. 17, 2020 — Cardiology Inpatient Consultation / Type II Stress MI | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 008** | Nov. 17, 2020 — Cardiology Consultation / Immediate Post-Epinephrine Cardiac Symptoms | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 009** | Nov. 17, 2020 — Abnormal Myocardial Perfusion Stress Test | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 010** | Nov. 18, 2020 — Initial Left Heart Catheterization / Coronary | Not produced, | Fed. R. Civ. P. |

| | | | |
|---|---|---|---|
| | Angiography | insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 011** | Nov. 18, 2020 — 60% Proximal LAD Stenosis | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 012** | Nov. 20, 2020 — Aspirin Allergy Delayed LAD Intervention | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 013** | Nov. 20, 2020 — LAD iFR / Stent-Placement Procedure | Not produced, insufficient identification, incomplete document, hearsay, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | |
| **TMB 014** | Nov. 20, 2020 — LHC for Stent Placement / No Stent Placed | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 015** | Nov. 22, 2020 — Aspirin Reaction / Switch to Plavix | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 016** | Nov. 23, 2020 — Discharge After NSTEMI Hospitalization | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | cumulative, best evidence | |
| **TMB 017** | Nov. 16, 2020 — Hospital Admission H&P / Immediate Post-Epinephrine Symptoms | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 018** | Nov. 23, 2020 — NSTEMI / Cardiac Hospital Course Discharge Summary | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 019** | Nov. 19, 2020 — Aspirin Desensitization / PCI Planned | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 020** | Nov. 20, 2020 — Multiple Attempts to Cross LAD Lesion / iFR 0.94 | Not produced, insufficient | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), |

| | | | |
|---|---|---|---|
| | | identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 021** | Nov. 20, 2020 — iFR Negative 0.94 / Post-Procedure Diagnosis | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 022** | Apr. 5–6, 2020 — Prior Angioedema Treatment / Epinephrine 0.3 mg IM | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 023** | July 12–13, 2020 — Prior Angioedema Treatment / Identical Episodes and Significant Improvement | Not produced, insufficient identification, incomplete document, hearsay, authentication, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | foundation, relevance, confusion, bolstering, cumulative, best evidence | |
| **TMB 024** | Sept. 17, 2020 — Pre-Incident Angioedema Treatment / Epinephrine IM With IV/Port Access | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 025** | Mar. 1, 2021 — Medical Opinion DBQ / Prior Erroneous Epinephrine Dosing Through Port | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 026** | Mar. 10, 2021 — Medical Opinion DBQ / Erroneous Port Administration & Possible MI | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | best evidence | |
| **TMB 027** | Oct. 26, 2021 — Mental Disorders DBQ / Post-MI Mental & Functional Effects | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 028** | Nov. 2, 2021 — Heart DBQ / MI and Pre-Existing CAD as Separate Diagnoses | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 029** | Nov. 2, 2021 — Heart DBQ / Abnormal Nov. 2020 Myocardial Perfusion Findings | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 030** | Nov. 2, 2021 — Heart DBQ / Cardiac Symptoms & Functional Capacity | Not produced, insufficient identification, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. |

| | | | |
|---|---|---|---|
| | | incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 031** | Nov. 2, 2021 — Heart DBQ / Etiology of CAD vs. Nov. 2020 NSTEMI | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 032** | Nov. 2, 2021 — Artery & Vein DBQ / Chronic Angioedema & Attack Frequency | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 033** | Jan. 18, 2022 — Medical Opinion DBQ / Nov. 2020 IV Epinephrine, NSTEMI & Cardiac Workup | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | relevance, confusion, bolstering, cumulative, best evidence | |
| **TMB 034** | Jan. 18, 2022 — Medical Opinion DBQ / LAD Stenosis & Planned FFR/Coronary Intervention | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 035** | Jan. 18, 2022 — Medical Opinion DBQ / CAD-NSTEMI History & Continuing Chest Symptoms | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 036** | Jan. 18, 2022 — Medical Opinion DBQ / Medical Causation Evidence | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| **TMB 037** | Jan. 18, 2022 — Adverse Medical Opinion / "IV Administration Not on Record" | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 038** | Aug. 3, 2022 — Medical Opinion DBQ / Janloo Addendum, IV-vs.-IM Route & Type II Stress MI | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 039** | Aug. 3, 2022 — Medical Opinion DBQ / IV Epinephrine & Cardiac Injury Documentation | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 040** | Aug. 3, 2022 — Medical Opinion DBQ / Route-of-Administration Evidence | Not produced, insufficient identification, incomplete document, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | |
| **TMB 041** | Aug. 3, 2022 — Medical Opinion DBQ / Adverse Opinion & Nov. 2 vs. Nov. 15 Route Discrepancy | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 042** | Aug. 13, 2022 — Heart DBQ / Pre-Existing CAD & 2020 MI as Separate Diagnoses | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 043** | Aug. 13, 2022 — Heart DBQ / Old MI Due to IV Epinephrine Medication Error | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | bolstering, cumulative, best evidence | |
| **TMB 044** | Aug. 13, 2022 — Heart DBQ / Objective Cardiac Hypertrophy | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 045** | Oct. 6, 2025 — Heart DBQ / Ischemic Heart Disease, MI History & Continuing Cardiac Medication | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 046** | Oct. 6, 2025 — Heart DBQ / Angina, Fatigue & Reduced METs Capacity | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 047** | Oct. 6, 2025 — Heart DBQ / Cardiac-Specific Functional & | Not produced, | Fed. R. Civ. P. |

| | | | |
|---|---|---|---|
| | Occupational Impact | insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 048** | Oct. 29, 2025 — Heart DBQ / MI Secondary to Catecholamine Surge From Epinephrine | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 049** | Oct. 29, 2025 — Heart DBQ / MI History & Etiology | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 050** | Oct. 29, 2025 — Heart DBQ / Subsequent Coronary Procedures & Continuing Cardiac Course | Not produced, insufficient identification, incomplete document, hearsay, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | |
| **TMB 051** | Oct. 29, 2025 — Heart DBQ / Objective Cardiac Imaging & Structural Findings | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 052** | Oct. 29, 2025 — Heart DBQ / Activities of Daily Living & Occupational Functional Impact | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 053** | Nov. 3, 2025 — Mental DBQ / Depressive Disorder Due to Congestive Heart Failure | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | cumulative, best evidence | |
| **TMB 054** | Nov. 3, 2025 — Mental DBQ / Loss of Independence, ADLs & Total Occupational/Social Impairment | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 055** | Nov. 3, 2025 — Mental DBQ / Functional History & Effect of 2020 Heart Attack | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 056** | Nov. 3, 2025 — Mental DBQ / ADLs, Personal Hygiene & Severe Functional Impairment | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 057** | Dec. 3, 2025 — Medical Opinion DBQ / Etiology & Risk Factors for Underlying CAD | Not produced, insufficient | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), |

| | | | |
|---|---|---|---|
| | | identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 058** | Feb. 1, 2026 — Heart DBQ / Myocardial Infarction Diagnosed & Dated to Nov. 2020 | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 059** | Feb. 1, 2026 — Heart DBQ / Epinephrine Through Port & Nov. 2020 MI Treatment Sequence | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 060** | Feb. 1, 2026 — Heart DBQ / Etiology of Nov. 2020 MI & Role of Epinephrine | Not produced, insufficient identification, incomplete document, hearsay, authentication, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | foundation, relevance, confusion, bolstering, cumulative, best evidence | |
| **TMB 061** | Feb. 1, 2026 — Heart DBQ / Hospitalization for Acute MI Following Epinephrine Episode | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 062** | Feb. 1, 2026 — Heart DBQ / Abnormal Nov. 2020 Myocardial Perfusion Findings | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 063** | Feb. 1, 2026 — Heart DBQ / Cardiac-Specific Functional Capacity of 1–3 METs | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | best evidence | |
| **TMB 064** | Feb. 1, 2026 — Heart DBQ / ADLs, Occupational Function & Cardiac Functional Impairment | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 065** | Feb. 1, 2026 — Medical Opinion DBQ / Alternative Causation & Pre-Existing Conditions | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 066** | Feb. 1, 2026 — Medical Opinion DBQ / Angioedema vs. Myocardial Infarction Etiology | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 067** | **Feb. 1, 2026 — Medical Opinion DBQ / Hypertension as Cardiovascular Risk Factor vs. Direct MI Causation** | Not produced, insufficient identification, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. |

| | | | |
|---|---|---|---|
| | | incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 068** | Jan. 13–14, 2026 — VA Higher-Level Review Decision / Favorable Findings: Additional Disability, IV Epinephrine, Stress MI & Elevated Troponin | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 069** | Apr. 23, 2026 — VA Higher-Level Review Decision / Duty-to-Assist Errors for MI & CAD; CAD "Inextricably Intertwined" | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 070** | May 5, 2026 — VA Rating Decision / CAD With MI & Stable Angina — 100% Evaluation & 3.0 METs or Less | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | relevance, confusion, bolstering, cumulative, best evidence | |
| **TMB 071** | Nov. 16, 2020 — Troponin I 0.21 ng/mL — Critical High | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 072** | Nov. 16, 2020 — Serial Troponin I 0.14 ng/mL | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 073** | Nov. 17, 2020 — Serial Troponin I 0.10 ng/mL | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| **TMB 074** | Nov. 17, 2020 — Nuclear Myocardial Perfusion Imaging / Abnormal Stress Test | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 075** | Nov. 18, 2020 — Left Heart Catheterization / Coronary Angiography | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 076** | Nov. 19, 2020 — Cardiac Biomarkers / Continuing NSTEMI Evaluation | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 077** | Nov. 20, 2020 — Coronary Angiography / LAD iFR-FFR Physiologic Assessment | Not produced, insufficient identification, incomplete document, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | |
| **TMB 078** | Mar. 15, 2021 — Nuclear Myocardial Perfusion Imaging / Lexiscan Stress Test | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 079** | 2021 — Subsequent Cardiac Diagnostic Testing | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 080** | Feb. 21, 2023 — Myocardial Perfusion Imaging / Subsequent Ischemia Evaluation | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | bolstering, cumulative, best evidence | |
| **TMB 081** | Jan. 25, 2022 — Troponin I / Subsequent Cardiac Biomarker Testing | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 082** | Subsequent Diagnostic Imaging / Neurologic-Stroke Evaluation | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 083** | Oct. 1, 2025 — Transthoracic Echocardiogram / Cardiac Structure & Function | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 084** | Nov. 18, 2025 — Left Heart Catheterization / Coronary | Not produced, | Fed. R. Civ. P. |

| | | | |
|---|---|---|---|
| | Angiography — LAD Findings | insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 085** | Nov. 18, 2025 — Coronary Angiography / Nonobstructive CAD & LAD Stenosis | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 086** | Sept. 21, 2026 — Myocardial Perfusion Imaging / Lexiscan Stress-Rest Study | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 087** | Sept. 21, 2026 — Transthoracic Echocardiogram During Cardiac Hospitalization | Not produced, insufficient identification, incomplete document, hearsay, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | |
| **TMB 088** | Sept. 22, 2026 — Left Heart Catheterization / Coronary Angiography | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 089** | Jan. 11–13, 2021 — Inpatient Hospitalization / Recurrent Chest Pain & Cardiac Evaluation | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 090** | Mar. 15–23, 2021 — Hospitalization / Chest Pain, Cardiac Evaluation & Port Infection | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | cumulative, best evidence | |
| **TMB 091** | Jan. 14–21, 2022 — Inpatient Hospitalization / Continuing Medical Course | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 092** | Jan. 24–26, 2022 — Readmission / Chest Pain, Elevated Troponin & Cardiology Consultation | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 093** | Apr. 9–14, 2023 — Inpatient Cardiology Hospitalization / Unstable Angina & Coronary Angiography | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 094** | Nov. 18, 2025 — Cardiology Pre-Procedure Assessment / Exertional Chest Pain & Planned LHC | Not produced, insufficient | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), |

| | | | |
|---|---|---|---|
| | | identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 095** | Nov. 18, 2025 — Left Heart Catheterization / Coronary Angiography | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 096** | Nov. 18–19, 2025 — Hospital Admission / Post-Angiography Complication & Observation | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 097** | Sept. 19–22, 2026 — Cardiac Hospitalization / LHC & Coronary Angiography | Not produced, insufficient identification, incomplete document, hearsay, authentication, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | foundation, relevance, confusion, bolstering, cumulative, best evidence | |
| **TMB 098** | Nov. 16, 2020 — Primary Care Communication / Contemporaneous Report of IV Epinephrine & Continuing Symptoms | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 099** | Nov. 25, 2020 — Primary Care Post-Discharge Follow-Up / Continuing Cardiac Symptoms & Cardiology Follow-Up | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |
| **TMB 100** | Dec. 5, 2020 — Emergency Department Record / Fear of EpiPen Following Prior Epinephrine Incident | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

| | | | |
|---|---|---|---|
| | | best evidence | |
| **TMB 101** | 2021 — VA Claim-to-Date / Itemized Medical Billing & Billed-Charges Documentation | Not produced, insufficient identification, incomplete document, hearsay, authentication, foundation, relevance, confusion, bolstering, cumulative, best evidence | Fed. R. Civ. P. 26(a)(2), (3)(A)(iii), 34, 37; Fed. R. Evid. 106, 401, 402, 403, 802, 901, 1002 |

*Defendant reserves the right to object to any exhibits implicating statutory privileges or protections which cannot be identified at this time given the lack of sufficient identification of the foregoing exhibits, along with the failure to produce documents in discovery.

B. Defendant:

Number May=M/Expect=E Title/Description Objection Federal Rule of Evidence Relied Upon
(Premarked for trial and exchanged as required under LCvR39.4(a))

| | | | | | |
|---|---|---|---|---|---|
| 1 | US000031-000045 | M | Cardiology Consult Request dated 02/23/23 | | |
| 2 | US000053 | M | Cardiology Consult Request dated 12/19/22 | | |
| 3 | US000111-000112 | M | Cardiology Diagnostic Study Report dated 07/26/22 | | |
| 4 | US000167-000186 | M | Cardiology Consult Request dated 01/25/22 | | |
| 5 | US000234-000239 | M | January 2022 EKG Reports | | |

| | | | | | |
|---|---|---|---|---|---|
| 6 | US000297-000298 | M | August 2021 EKG Report | | |
| 7 | US000310 | M | Surgery Consult dated 03/29/21 | | |
| 8 | US000331-000352 | M | Consults dated 03/16/21 | | |
| 9 | US000375-000376 | E | January 2021 EKG Report | | |
| 10 | US000388-000395 | M | Caregiver Certificate dated 01/07/21 | | |
| 11 | US000397-0435 | E | Consult Notes dated November 2020 | | |
| 12 | US000448-000452 | E | Cardiac Monitor Consult dated 09/15/20 | | |
| 13 | US000452-000454 | E | EKG Report dated 08/25/20 | | |
| 14 | US000466-000470 | M | Internal Medicine and Otolaryngology Consult dated 07/07/20 | | |
| 15 | US00481-0487 | M | Dermatology Consult dated 05/15/20 | | |
| 16 | US000493-000495 | M | Consult Request dated 03/27/20 | | |
| 17 | US000522 | E | EKG Report dated 12/30/19 | | |
| 18 | US000578-000579 | E | EKG Report dated 08/19/19 | | |

| | | | | | |
|---|---|---|---|---|---|
| 19 | US000674-000677 | E | January 2019 EKG Reports | | |
| 20 | US000700-000701 | E | EKG Report dated 10/01/18 | | |
| 21 | US000894-000902 | E | Cardiology Consult dated 08/31/17 | | |
| 22 | US000961 | E | EKG Report dated 06/13/17 | | |
| 23 | US001011 | E | EKG Report dated 06/13/17 | | |
| 24 | US001214-001223 | M | Discharge Summary dated 07/14/22 | | |
| 25 | US001223-001233 | M | Discharge Summary dated 01/26/22 | | |
| 26 | US001233-001243 | M | Discharge Summary dated 01/21/22 | | |
| 27 | US001243-001252 | M | Discharge Summary dated 12/02/21 | | |
| 28 | US001252-001260 | M | Discharge Summary dated 08/24/21 | | |
| 29 | US001260-001267 | M | Discharge Summary dated 04/01/21 | | |
| 30 | US001267-001273 | M | Discharge Summary dated 03/23/21 | | |
| 31 | US001273-001281 | E | Discharge Summary dated 01/13/21 | | |
| 32 | US001281-001290 | E | Discharge Summary dated 11/23/20 | | |
| 33 | US001291-001298 | E | Discharge Summary dated 07/08/20 | | |

| | | | | | |
|---|---|---|---|---|---|
| 34 | US001299-001300 | M | Discharge Summary dated 06/06/20 | | |
| 35 | US001300-001301 | M | Discharge Summary dated 06/01/20 | | |
| 36 | US001302-001311 | M | Discharge Summary dated 03/27/20 | | |
| 37 | US001311-001315 | M | Discharge Summary dated 03/19/20 | | |
| 38 | US001315-001316 | M | Discharge Summary dated 12/07/18 | | |
| 39 | US001317-001319 | M | Discharge Summary dated 09/25/18 | | |
| 40 | US001319-001323 | M | Discharge Summary dated 05/09/18 | | |
| 41 | US001323-001328 | M | Discharge Summary dated 05/07/17 | | |
| 42 | US002324-002398 | E | Medical Package Information | | |
| 43 | US003771-003780; US003802-003811; US003831-003840; US003858-003866 | M | ED Note – December 2022 | | |
| 44 | US003912-003921; US003941-003949 | M | ED Notes – November 2022 | | |

| | | | | | |
|---|---|---|---|---|---|
| 45 | US004002-004011; US004030-004038; US004053-004063 | M | ED Notes – October 2022 | | |
| 46 | US004073-004074; US00413; 004224-004236 | M | Home Telepath Discharge Note dated 09/26/22; Letter dated 09/07/22; Home Telepath Plan dated 08/12/22 | | |
| 47 | US004088-004097; US004014-004123; US004143-004152 | M | ED Note – September 2022 | | |
| 48 | US004169-004178; US004205-004215; US004258-004268; US004283-004292 | M | ED Notes – August 2022 | | |
| 49 | US004192-004194 | M | Secure Messaging dated 08/19/22 | | |
| 50 | US004221-004222 | M | 08/12/22 Communication | | |
| 51 | US004309-004321 | M | ED Note – 07/26/22 | | |
| 52 | US004328-004360 | E | ED Note, Secure Messaging, and AMA Note – 7/14/22 | | |

| | | | | | |
|---|---|---|---|---|---|
| 53 | US004658-004667 | M | ED Note – 07/08/22 | | |
| 54 | US004676-004684 | M | ED Note – 07/07/22 | | |
| 55 | US004748-004757 | M | ED Note – 06/20/22 | | |
| 56 | US004774-004783 | M | ED Note – 06/09/22 | | |
| 57 | US004802-004812 | M | ED Note – 05/26/22 | | |
| 58 | US004828-004838 | M | ED Note – 05/22/22 | | |
| 59 | US004881-004890 | M | ED Note – 03/30/22 | | |
| 60 | US004909-004918 | M | ED Note – 03/04/22 | | |
| 61 | US004993-005008 | E | Cardiology Consult – 01/25/22 | | |
| 62 | US005022-005038 | E | Internal Medicine H&P Note – 01/24/22 | | |
| 63 | US005042-005052 | M | ED Note – 01/24/22 | | |
| 64 | US005625-005274 | M | ED Note – 01/13/22 | | |
| 65 | US005296-005308 | M | ED Note – 01/09/22 | | |
| 66 | US005326-005335 | M | ED Note – 01/06/22 | | |
| 67 | US005352-005362 | M | ED Note – 12/31/21 | | |

| | | | | | |
|---|---|---|---|---|---|
| 68 | US005386-005395 | M | ED Note – 12/22/21 | | |
| 69 | US005414-005424 | M | ED Note – 12/13/21 | | |
| 70 | US005619-005631 | M | ED Note – 11/26/21 | | |
| 71 | US005647-005657 | M | ED Note – 11/21/21 | | |
| 72 | US005674-005675 | M | Social Work ED Note – 11/15/21 | | |
| 73 | US005701-005709 | M | ED Note – 11/08/21 | | |
| 74 | US005823-005832 | M | ED Note – 10/13/21 | | |
| 75 | US006077-006082 | M | E&M Note – 08/23/21 | | |
| 76 | US006268-006276 | M | ED Note – 08/12/21 | | |
| 77 | US006333-006343 | M | ED Note – 06/12/21 | | |
| 78 | US006500-006512 | E | H&P Note – 04/28/21 | | |
| 79 | US006786 | M | Nursing Note – 03/23/21 | | |
| 80 | US006947-006966 | M | Infectious Disease Consult – 03/16/21 | | |
| 81 | US007074-007085 | M | ED Note – 03/13/21 | | |
| 82 | US007160-007170 | M | ED Note – 02/27/21 | | |

| | | | | | |
|---|---|---|---|---|---|
| 83 | US007192-007201 | M | ED Note – 03/13/21 | | |
| 84 | US007302-007310 | M | Neurology Note – 02/10/21 | | |
| 85 | US007571-007585 | M | H&P Note – 01/11/22 | | |
| 86 | US007591-007602 | M | ED Note – 01/11/21 | | |
| 87 | US007644-007651 | M | Caregiver Cert – 01/07/21 | | |
| 88 | US008005-008018 | E | PCP Note -12/01/20 | | |
| 89 | US008045-008056 | E | ED Note – 11/27/20 | | |
| 90 | US008068-008073 | E | Discharge Note – 11/23/20 | | |
| 91 | US008092-008095 | E | Internal Medicine Note -11/22/20 | | |
| 92 | US008115-008118 | E | Cardiology Consult – 11/21/20 | | |
| 93 | US008133-008134 | E | Procedure Note – 11/20/20 | | |
| 94 | US008150-008156 | E | Cardiology Note – 11/20/20 | | |
| 95 | US008161-008164 | E | Cardiology Note – 11/20/20 | | |
| 96 | US008175-008178 | E | Internal Medicine Note – 11/19/20 | | |
| 97 | US008179-008182 | E | Cardiology Note – 11/19/20 | | |

| | | | | | |
|---|---|---|---|---|---|
| 98 | US008192 | E | Note – 11/18/20 | | |
| 99 | US008202-008204 | E | Cardiology Consult – 11/18/20 | | |
| 100 | US008206-008221 | E | Procedure Note – 11/18/20 | | |
| 101 | US008230-008233 | E | Cardiology Note – 11/18/20 | | |
| 102 | US008260-008264 | E | Cardiology Consult – 11/17/20 | | |
| 103 | US008285-008302 | E | Internal Medicine Note – 11/16/20 | | |
| 104 | US008304-008325 | E | ED Notes – 11/16/20 | | |
| 105 | US008326-008355 | E | ED Notes - 11/15/20 | | |
| 106 | US008396-008406 | E | ED Note - 11/09/20 | | |
| 107 | US009052 | M | PC Note – 09/14/20 | | |
| 108 | US009226-009237 | M | ED Note – 08/25/20 | | |
| 109 | US009652-009670 | M | IM Consult – 07/07/20 | | |
| 110 | US14480-014486 | M | ED Note – 06/02/17 | | |
| 111 | | M | Plaintiff's Responses to Written Discovery | | |
| 112 | | M | Exhibits Listed by Plaintiff and not otherwise objected to by the United States | | |

7. WITNESSES: The following exclusionary language **MUST** be included:

Unlisted witnesses in chief will not be permitted to testify unless, by order of the court, the final pretrial order is amended to include them.

A. Plaintiff:

| Name | Address | Proposed Testimony |
|---|---|---|
| **Tyeashia M. Blackburn** | Plaintiff's address of record | November 15, 2020 encounter; symptoms before, during, and following the incident; subsequent medical treatment and hospitalizations; pain and suffering; physical and functional limitations; emotional effects; quality of life; and claimed damages. |
| **Lezlie E. Freeman** | 1001 NW 30th Ct Moore, Oklahoma 73160 | Observations of Plaintiff's condition before and after November 15, 2020; transportation and assistance; physical condition following hospitalization; need for assistance; pain, limitations, fear, recovery, and other matters within her personal knowledge. |
| **David P. Jones, RN** | Oklahoma City VAMC or last known business address | Medication administration on November 15, 2020; medication-administration record; route of epinephrine administration; Plaintiff's response; and related communications and documentation. |
| **Arman Janloo, MD** | Oklahoma City VAMC, 921 NE 13th Street, Oklahoma City, OK 73104, or current | November 15, 2020 emergency-department treatment; epinephrine order; November 16, 2020 |

| | | |
|---|---|---|
| | business address | physician addendum documenting the subsequently reported IV administration; observations and treatment; and prior comparable angioedema encounters. |
| **Mohan Mallik Edupuganti, MD** | Oklahoma City VAMC or last known business address | Treating cardiologist; cardiac catheterization and coronary findings; LAD findings; diagnosis and treatment; subsequent cardiac treatment and procedures; and opinions formed during Plaintiff's treatment. |
| **Nuri I. Akkus, MD** | Oklahoma City VAMC or last known business address | Interventional cardiology treatment; cardiac catheterization and coronary/LAD findings; subsequent invasive cardiac evaluation; and treatment-based opinions formed during Plaintiff's care. |
| **Ramarao S. Lankipalli, MD** | Oklahoma City VAMC or last known business address | Treating cardiology care; cardiac symptoms; medical management; medication needs; continuing cardiac treatment; and treatment-based opinions reflected in Plaintiff's medical records. |
| **Keith W. Bullinger, MD** | Oklahoma City VAMC or last known business address | Cardiology evaluation and treatment, including April 2023 cardiac evaluation; coronary findings; and continuity of Plaintiff's cardiac treatment. |
| **Mahum Nadeem, MD** | Oklahoma City VAMC or last known business address | November 2020 inpatient cardiology consultation; Plaintiff's symptoms; elevated troponin; Type II stress myocardial infarction assessment; IV epinephrine |

| | | |
|---|---|---|
| | | history documented during treatment; and cardiology recommendations. |
| **Jonathan P. Young, MD** | Oklahoma City VAMC or last known business address | Plaintiff's treatment and cardiac monitoring; relevant angioedema treatment; observations; and matters documented during Plaintiff's care. |
| **Ivelisse Febres-Cabrera, MD** | Oklahoma City VAMC or last known business address | Primary-care treatment; Plaintiff's medical condition before and after November 15, 2020; subsequent symptoms and treatment; and matters documented during Plaintiff's care. |
| **Muhammad Anwar, MD** | Oklahoma City VAMC or last known business address | Treatment provided during Plaintiff's hospitalization; medical condition, symptoms, evaluation, and treatment documented during Plaintiff's care. |
| **Cong Vu, Pharm.D.** | Oklahoma City VAMC or last known business address | Medication orders; medications administered; pharmacy records; medication practices; and treatment-related pharmacy documentation. |
| **Chandresh Dave, MD** | Oklahoma City VAMC or last known business address | Treatment provided during Plaintiff's hospitalization; relevant observations, diagnoses, treatment, and matters documented during Plaintiff's care. |
| **Prasad Paturu, MD** | Oklahoma City VAMC or last known business address | Treating Cardiology Attending during the November 2020 hospitalization; Plaintiff's chest-pain and cardiac evaluation following the IV epinephrine event; elevated troponin; abnormal stress testing; proximal LAD |

| | | |
|---|---|---|
| | | findings; planned/performed FFR evaluation; treatment recommendations; and treatment-based observations and opinions documented during Plaintiff's hospitalization. |

B. Defendant:

| Name | May=M/Expect=E | Address | Proposed Testimony |
|---|---|---|---|
| Tyeashia M. Blackburn | E | 1001 NW 30th Ct<br>Moore, OK 73160<br>405-694-7344 | Allegations of the Complaint. Any injuries or damages allegedly occurring as the result of the allegations in the Complaint. Conversations with staff at the VAMC OKC. |
| Dr. Mohan Edupuganti | E | VAMC OKC<br>921 NE 13th Street<br>Oklahoma City, OK 73104-5007<br>405-456-1000 | Physician who treated Plaintiff at the VAMC. His knowledge of Plaintiff's treatment and medical condition. Expert testimony as disclosed by Rule 26(a)(2)(C) disclosure. |
| David Paul Jones, RN | M | David Paul Jones, RN<br>Current Address Unknown | Nurse who treated Plaintiff at VAMC. His knowledge of Plaintiff's treatment and medical condition. |
| Dr. Arman Janloo | M | Current Address Unknown | Physician who treated Plaintiff at VAMC. His knowledge of Plaintiff's treatment and medical condition. |

| | | | |
|---|---|---|---|
| Dr. Ivelisse Febres-Cabrera | M | VAMC OKC<br>921 NE 13th Street<br>Oklahoma City, OK 73104-5007<br>405-456-1000 | Physician who treated Plaintiff at VAMC. Her knowledge of Plaintiff's treatment and medical condition. |
| Shelly Wix, MSN, RN | M | VAMC OKC<br>921 NE 13th Street<br>Oklahoma City, OK 73104-5007<br>405-456-1000 | Nurse who treated Plaintiff at VAMC. Her knowledge of Plaintiff's treatment and medical condition. |
| Dr. Muhammad Anwar | E | VAMC OKC<br>921 NE 13th Street<br>Oklahoma City, OK 73104-5007<br>405-456-1000 | Physician who treated Plaintiff at the VAMC. His knowledge of Plaintiff's treatment and medical condition. |
| Dr. Chandresh Dave | E | VAMC OKC<br>921 NE 13th Street<br>Oklahoma City, OK 73104-5007<br>405-456-1000 | Physician who treated Plaintiff at the VAMC. His knowledge of Plaintiff's treatment and medical condition. |
| Joyce Hill, RN | M | VAMC OKC<br>921 NE 13th Street<br>Oklahoma City, OK 73104-5007<br>405-456-1000 | RN Case Manager who treated Plaintiff at VAMC. Her knowledge of Plaintiff's treatment and medical condition. |
| Dr. Prasad Paturu | M | VAMC OKC<br>921 NE 13th Street<br>Oklahoma City, OK 73104-5007<br>405-456-1000 | Physician who treated Plaintiff at the VAMC. His knowledge of Plaintiff's treatment and medical condition. |

| | | | |
|---|---|---|---|
| Dr. Victoria Corbin | E | VAMC OKC<br>921 NE 13th Street<br>Oklahoma City, OK 73104-5007<br>405-456-1000 | Physician who treated Plaintiff at VAMC. Her knowledge of Plaintiff's treatment and medical condition. Expert testimony as disclosed by Rule 26(a)(2)(C) disclosure. |
| Cong Vu, Pharm.D., BCPS | E | VAMC OKC<br>921 NE 13th Street<br>Oklahoma City, OK 73104-5007<br>405-456-1000 | His knowledge of Plaintiff's treatment and medical condition. Expert testimony as disclosed by Rule 26(a)(2)(C) disclosure. |
| Dr. Udho Thandani | M | VAMC OKC<br>921 NE 13th Street<br>Oklahoma City, OK 73104-5007<br>405-456-1000 | Physician who treated Plaintiff at the VAMC. His knowledge of Plaintiff's treatment and medical condition. |
| Dr. Nuri Akkus | M | VAMC OKC<br>921 NE 13th Street<br>Oklahoma City, OK 73104-5007<br>405-456-1000 | Physician who treated Plaintiff at the VAMC. His knowledge of Plaintiff's treatment and medical condition. |
| Dr. Jay Hiller | M | VAMC OKC<br>921 NE 13th Street<br>Oklahoma City, OK 73104-5007<br>405-456-1000 | Physician who treated Plaintiff at the VAMC. His knowledge of Plaintiff's treatment and medical condition. |
| Dr. Christopher Moore | M | VAMC OKC<br>921 NE 13th Street<br>Oklahoma City, OK 73104-5007<br>405-456-1000 | Physician who treated Plaintiff at the VAMC. His knowledge of Plaintiff's treatment and medical condition. |

| | | | |
|---|---|---|---|
| Records Custodian, if necessary | M | VAMC OKC c/o Emily Fagan U.S. Attorney's Office – WDOK 210 Park Avenue, Suite 400 Oklahoma City, OK 73102 | Authentication of records from the VAMC OKC. |

8. ESTIMATED TRIAL TIME:

A. Plaintiff's Case: 2 ½ days

B. Defendant's Case: 2 ½ days

C. If you desire to have daily copy or any other extraordinary court reporter services during trial, you must so notify the Chief Deputy Court Clerk a minimum of two weeks before the date the case is scheduled to be called for trial.

9. BIFURCATION REQUESTED: Yes_______ No X

10. POSSIBILITY OF SETTLEMENT:

Good ___________ Fair ___________ Poor X_________

All parties approve this report and understand and agree that this report supersedes all pleadings, shall govern the conduct of the trial, and shall not be amended except by order of the court.

s/ Tyeashia M. Blackburn
Plaintiff

s/ Emily B. Fagan
Emily B. Fagan
Counsel for Defendant