# COURTROOM MINUTE SHEET

DATE 10/05/2026

CASE NUMBER CIV-22-983

Blackburn -vs- United States

COMMENCED 10:04 ENDED 10:30 TOTAL TIME 26 mins

PROCEEDINGS Docket Call

JUDGE CHARLES B. GOODWIN DEPUTY JACOB BUCKLE REPORTER CHARLY YOST-SEWELL

PLF COUNSEL Hiba Jameel

DFT COUNSEL Emily Fagan, Sarah McMurray

PROBATION OFFICER

INTERPRETER

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |

Deft announces ready for trial. Estimated trial time of 5-6 days. Pretrial Conference continued to 10/08/2026 at 3:00 p.m. Bench trial to begin 10/20/2026 at 09:30 a.m.