# COURTROOM MINUTE SHEET

DATE 10/08/2026

CASE NUMBER CIV-22-983-G

Blackurn -vs- United States

COMMENCED 3:04 ENDED 3:16 TOTAL TIME 12 mins

PROCEEDINGS Pretrial Conference

JUDGE CHARLES B. GOODWIN DEPUTY JACOB BUCKLE REPORTER CHARLY YOST-SEWELL

PLF COUNSEL Hiba Jameel

DFT COUNSEL Emily Fagan, Sarah McMurray

PROBATION OFFICER

INTERPRETER

WITNESSES FOR PLAINTIFF

1.
2.
3.
4.
5.

WITNESSES FOR DEFENDANT

1.
2.
3.
4.
5.

Pretrial Conference held. Order to issue.