**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **TYEASHIA M. BLACKBURN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-22-983-G** |
| | ) | |
| **UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

As announced by the Court at the pretrial conference conducted on October 8, 2026:

As requested by the parties, the October 2026 trial setting is STRICKEN. This case will be set for trial on the Court's January 2027 nonjury civil trial docket.

The Court will conduct a pretrial conference on Tuesday, January 5, 2027, at 1:30 p.m. in Courtroom 305 of the William J. Holloway, Jr. United States Courthouse.

This matter is REFERRED to Magistrate Judge Suzanne Mitchell for a judicial settlement conference pursuant to Local Civil Rule 16.2.

IT IS SO ORDERED this 14th day of October, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge